FILE #: TOM-650
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X
RICKY.TOM et al.

                         Plaintiff(s),

         -against-

MARGORIE H. ROBERTS,

                         Defendant(s),
------------------------------------X

STIPULATION OF DISCONTINUANCE

CASE No.: CV-04-2604

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT, E.D.N.Y. ★ JUL 19 2005 ★ BROOKLYN OFFICE

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action having been settled be, and the same hereby is discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated:   Staten Island, NY
        June 27, 2005

_____
LOUIS M. REALE, ESQ., P.C.
Attorneys for Plaintiff(s)
TOM
811 Castleton Ave., Suite 200
Staten Island, NY 10310
(718) 259-8518

_____
THOMAS M. BONA, P.C.
Attorneys for Defendant(s)
MARGORIE ROBERTS
123 MAIN STREET
WHITE PLAINS, N.Y. 10601

So Ordered

_____
Nicholas G. Garaufis
United States District Judge

July 18, 2005